# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5084**

**September Term, 2025**

**1:25-cv-04534-UNA**

**Filed On:** August 6, 2026

Deandre Arnold, in a private citizen capacity,
Founder of the United Coalition Family,

      Appellant

      v.

Scott Harris, Clerk of the U.S. Supreme
Court, sued in his official capacity,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Millett, Wilkins, and Katsas, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the motion to dispense with the appendix, the motion for a criminal contempt order, and the motion for judicial notice, it is

**ORDERED** that the motion to dispense with the appendix be granted. It is

**FURTHER ORDERED** that the motions for a criminal contempt order and for judicial notice be denied. Appellant has not shown an entitlement to the relief requested in either of those motions. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed on February 11, 2026, dismissing appellant's complaint, be affirmed. The district court correctly concluded that it lacked jurisdiction to enter the relief requested by appellant against the Clerk of the United States Supreme Court. See, e.g., In re Marin, 956 F.2d

**No. 26-5084**                                    **September Term, 2025**


339, 340 (D.C. Cir. 1992) (per curiam) (affirming dismissal for lack of jurisdiction of complaint seeking mandamus and declaratory relief directing Supreme Court Clerk to accept filings).

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>


               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

     BY:    /s/
               Daniel J. Reidy
               Deputy Clerk